# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | No. 10-131 |
| **NATHANIEL BENJAMIN** | : | |

## ORDER

**AND NOW**, this **26th** day of **July, 2010**, upon consideration of Defendant's Motion to Suppress Statements, Defendant's Motion to Suppress Physical Evidence, the Government's responses thereto, following a suppression hearing on July 8, 2010, and for the reasons provided in this Court's Memorandum dated July 26, 2010, it is hereby **ORDERED** that:

1. The motion to suppress statements (Document No. 24) is **GRANTED**.

2. The motion to suppress physical evidence (Document No. 25) is **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**