IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | No. 10-131 |
| NATHANIEL BENJAMIN | : | |

## ORDER

**AND NOW**, this **5th** day of **July**, **2011**, upon consideration of Defendant's Motion for Judgment of Acquittal and Arrested Judgment or New Trial pursuant to Rules 29, 33, and 34 of the Federal Rules of Criminal Procedure, the Government's response thereto, and for the reasons provided in this Court's Memorandum dated July 5, 2011, it is hereby **ORDERED** that the motion (Document No. 68) is **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**