

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 10-131-1 |
| v. | : | |
| NATHANIEL BENJAMIN | : | CIVIL NO. 14-2526 |

ORDER

FILED
JUL 23 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

BERLE M. SCHILLER J.

AND NOW, this 23 day of July, 2015, upon careful and independent consideration of the motion to vacate, set aside, or correct sentence, and after review of the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, it is

ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The motion to vacate, set aside, or correct sentence is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
BERLE M. SCHILLER, J.

Xc: MAILED

N. BENJAMIN